McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDY SMITH, | ) | CV-F 04-6027 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from May 23, 2005 to June 23, 2005.

//
//
//
//
//
//
//
//

1     This is defendant's first request for an extension of time to
2 file defendant's opposition to plaintiff's opening brief.  Defendant
3 needs the additional time to further review the file and prepare a
4 response in this matter.

5                                     Respectfully submitted,

7 Dated: May 23 , 2005          /s/ Denise Bourgeois Haley
                                       (As authorized via facsimile)
8                                        DENISE BOURGEOIS HALEY
                                       Attorney for Plaintiff

11 Dated: May 23, 2005           McGREGOR W. SCOTT
                                       United States Attorney

14                                        /s/ Kristi C. Kapetan
                                       KRISTI C. KAPETAN
                                       Assistant U.S. Attorney

16 IT IS SO ORDERED.

17 **Dated:   May 24, 2005**             **/s/ Lawrence J. O'Neill**
b9ed48                                UNITED STATES MAGISTRATE JUDGE